## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-05165

Sheriff's Sale Date: _____

V.

ALETHEA R. WHITE; et al.
**Defendant (Respondent)**

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ALETHEA R. WHITE the above process on the 23 day of January, 2017, at 12:02 o'clock, PM, at 256 W. APSLEY STREET, FL 2 PHILADELPHIA, PA 19144, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____ 2) _____ 3) _____

Commonwealth/State of _Pa_

County of _Berks_    ) SS:

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158051
Case ID #: 4793198

Subscribed and sworn to before me this _26_ day of _Jan_, 20_17_.

_____
Notary Public
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

**PCO / Brittni A.**

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5692-1 | | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703753151011<br>9171999991703753151011 | WHITE, ALETHEA R.<br>256 W. Apsley Street, Fl. 2<br>Philadelphia, PA 19144 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703753170975<br>9171999991703753170975 | WHITE, ALETHEA R.<br>3627 Maybank Hwy.<br>#401<br>Johns Island, SC 29455 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703753170982<br>9171999991703753170982 | WHITE, ALETHEA R.<br>932 French Street<br>Philadelphia, PA 19122 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703753170999<br>9171999991703753170999 | WHITE, ALETHEA R.<br>310 W Earlham Ter<br>Philadelphia, PA 19144 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703753171002<br>9171999991703753171002 | WHITE, ALETHEA R.<br>310 W Earlham Ter<br>Philadelphia, PA 19144 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals | 5 | | 4.63 | 24.25 | | | 28.88 |
| Cumulative Totals | 5 | | 4.63 | 24.25 | | | 28.88 |

(USPS Continental Station stamp: JAN 19 2017, PHILA, PA 19106)

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____     Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C         Certified
ERR     Return Receipt

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | Check type of mail or service:<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD       ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | | | Affix Stamp Here<br>(If issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | RR<br>Fee |
|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling<br>Cha | Actual Value | Insured | |
| 1. | | | | | | | |
| 2. | TO ALETHEA WHITE<br>WHITE, ALETHEA R.<br>256 W. Apsley Street, Fl. 2<br>Philadelphia, PA 19144 | | | | | | |
| 3. | | | | | | | |
| 4. | TO ALETHEA WHITE<br>WHITE, ALETHEA R.<br>310 W Earlham Ter<br>Philadelphia, PA 19144 – 3920 | | | | | | |
| 5. | | | | | | | |
| 6. | TO ALETHEA WHITE<br>WHITE, ALETHEA R.<br>932 French Street<br>Philadelphia, PA 19122 | | | | | | |
| 7. | | | | | | | |
| 8. | TO ALETHEA WHITE<br>WHITE, ALETHEA R.<br>3627 Maybank Hwy,<br>Johns Island, SC 29455 – 4825 | | | | | | |

Total Number of Pieces Listed by Sender | Total Number Received at Po

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1   Philadelphia County

USA-158051

ALETHEA R. WHITE

U.S. POSTAGE PITNEY BOWES
$ 002.70
ZIP 19106
0001391829 JAN. 19. 2017

USPS CONTINENTAL STATION
JAN 19 2017
PHILA, PA 19106

PCO - Back to Brithni Augustin